Opinion approved by the Court.

**Joyce Marle CARR et al., Appellants,**

**v.**

**STATE of Texas, Appellee.**

**No. 33698.**

Court of Criminal Appeal of Texas.

Nov. 29, 1961.

Don E. Burdette, Jack Mackin, Toby Goldsmith, Fort Worth, for appellant.

Doug Crouch, Dist. Atty., G. V. M. Minton, Asst. Dist. Atty., Fort Worth, and Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

This is an appeal from a final judgment entered against the appellants in a bond forfeiture proceeding.

The disposition hereof is controlled by the decision in Daniels et al. v. State, Tex. Cr.App., 352 S.W.2d 267.

The judgment is affirmed.

Opinion approved by the Court.

**Kenneth W. CARR et al., Appellants,**

**v.**

**STATE of Texas, Appellee.**

**No. 33699.**

Court of Criminal Appeals of Texas.

Nov. 29, 1961.

Don E. Burdette, Jack Mackin, Toby Goldsmith, Fort Worth, for appellant.

Doug Crouch, Dist. Atty., G. V. M. Minton, Asst. Dist. Atty., Fort Worth, and Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

This is an appeal from a final judgment entered against the appellants in a bond forfeiture proceeding.

The disposition hereof is controlled by the decision in Daniels et al. v. State, Tex. Cr.App., No. 33,696, 352 S.W.2d 267, this day decided.

The judgment is affirmed.

Opinion approved by the Court.